UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENROY MASCALL,

*Plaintiff*,

v.

GLENCO CONTRACTING GROUP, INC., *et al.*,

*Defendants*.

Case No. 26-CV-3421 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

The Court adopts the following briefing schedule: Defendants shall file their Motion to Dismiss by no later than August 17, 2026. Plaintiff shall file a response by no later than September 17, 2026. Defendants' reply shall be due by no later than October 1, 2026. Discovery is stayed pending the disposition of the Motion.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED: July 20, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE